New York Market Gardeners' Association, Respondent, *v.* The City of New York, Appellant.

. *New York Market Gardeners' Assn.* v. *City of New York,* 142 App. Div. 907, affirmed.
(Argued February 26, 1912; decided March 19, 1912.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover damages occasioned by the flooding of plaintiff's lands through the negligence of defendant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Clarence L. Barber* of counsel), for appellant.

*William D. Gaillard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Werner, Willard Bartlett, Chase and Collin, JJ.